IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD JEROME KATER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:03cv923-T |
| ) | (WO) |
| **LAMAR GLOVER, Sheriff,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C.A. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that defendants exhibited deliberate indifference to his health and safety by allowing a HIV/AIDS-infected inmate to be housed with him and other inmates at the Houston County, Alabama jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent

and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of November, 2005.

                           /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE